UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                                Case No. 15-13674-JKO

Nicolas Thomas Osborne
      and
Tania Osborne                                             Chapter 13
_____Debtors_____/

## CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY,** that a true and correct copy of the Objection to Claim and

Notice of Hearing of Objection to Claim of US Department of Education was sent to all interested

parties on July 31, 2015 as follows:

Electronically:

Robin R. Weiner, Trustee

Via First Class Mail:

Debtors, Nicolas and Tania Osborne
4400 Hillcrest Drive
#720C
Hollywood, FL 33021

US Department of Education
Claims Filing Unit
POB 8973
Madison, WI 53708

                           Respectfully Submitted:

                           **ROBERT SANCHEZ, P.A.**
                           Attorney for Debtor
                           355 West 49th Street
                           Hialeah, FL 33012
                           Tel. 305-687-8008

                           By:*/s/ Robert Sanchez*_____
                           Robert Sanchez, Esq., FBN#0442161