# CHAPTER 13 PLAN (Individual Adjustment of Debts)

<u>First</u> Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Nicholas Thomas-Osborne    JOINT DEBTOR:   Tania Osborne       CASE NO.: 15-13674-JKO
Last Four Digits of SS#   1390       Last Four Digits of SS#  5293

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $1,024.65 for months   1   to   60  ; in order to pay the following creditors:

<u>Administrative</u>:  Attorney's Fee - $ 3,650.00  TOTAL PAID $1,500.00
                Balance Due    $ 2,150.00 payable $ 931.50 /month (Months  1  to  2  );
                Payable $287.00 /month (Months  3  to  3  );

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  NONE                                      Arrearage on Petition Date    $_____
Address:_____                       Arrears Payment  $_____/month (Months ___ to ___)
                                              Regular Payment  $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | $ | % | $ | ___ To ___ | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. NONE_____   Total Due  $_____
                            Payable    $_____/month (Months____ to ___) Regular Payment $_____
<u>Unsecured Creditors</u>:  Pay $ 644.50 /month (Months  3  to  3  ); Payable $931.50/month (Months  4  to  60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Debtors are current with secured creditors Wells Fargo Home Mortgage, Hillcrest Association and Claudette Daniel and will continue to pay said creditors directly outside the Chapter 13 plan. The plan provides for 100 percent payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.                         /s/Robert Sanchez, Esq.
Attorney for Debtor                             Attorney for Joint Debtor
Date:  7/31/2015                                Date: 7/31/2015

LF-31 (rev. 01/08/10)