UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:   Nicholas G. Thomas-Osborne          Case No. 15-13674-JKO
         and                                  Chapter 13
         Tania Osborne


_____Debtors_____/


**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY,** that a true and correct copy of Notice of Continued Confirmation Hearing [40]

was sent to all interested parties on August 5, 2015 as follows:

Electronically:

Robin R. Weiner, Trustee


Via First Class Mail:

Debtor, Nicholas and Tania Osborne
4400 Hillcrest Drive
#720C
Hollywood, FL 33021-7928

All creditors on the matrix.

            Respectfully Submitted:

            **ROBERT SANCHEZ, P.A.**
            Attorney for Debtor
            355 West 49th Street
            Hialeah, FL 33012
            Tel. 305-687-8008

            By:/s/ Robert Sanchez_____
            Robert Sanchez, Esq., FBN#0442161