## CHAPTER 13 PLAN (Individual Adjustment of Debts)

Second Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Nicholas Thomas-Osborne   JOINT DEBTOR: Tania Osborne   CASE NO.: 15-13674-JKO
Last Four Digits of SS# 1390   Last Four Digits of SS# 5293

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $1,708.69 for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $3,650.00 TOTAL PAID $1,500.00
   Balance Due   $2,150.00 payable $1,553.35/month (Months 1 to 1);
   Payable $596.65/month (Months 2 to 2).

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE   Arrearage on Petition Date   $_____
Address:_____   Arrears Payment   $_____/month (Months ____ to ____)
   Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE   Total Due $_____
   Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $956.70/month (Months 2 to 2); Payable $1,553.35/month (Months 3 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Debtors are current with secured creditors Wells Fargo Home Mortgage, Hillcrest Association and Claudette Daniel and will continue to pay said creditors directly outside the Chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.          /s/Robert Sanchez, Esq.
Attorney for Debtor          Attorney for Joint Debtor
Date: 8/27/2015          Date: 8/27/2015

LF-31 (rev. 01/08/10)