

**ORDERED in the Southern District of Florida on November 15, 2016.**

_John K. Olson, Judge_
_United States Bankruptcy Court_

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:   Nicholas G. Thomas-Osborne          Case No. 15-13674-JKO
            and                               Chapter 13
         Tania Osborne
                Debtors                /

### ORDER GRANTING DEBTORS' MOTION TO APPROVE THE SALE OF THE HOMESTEAD AND TO EXEMPT PROCEEDS

**THIS MATTER** having come to be heard on November 7, 2016 at 1:00 PM, upon Debtors' Motion to Approve the Sale of the Homestead and to Exempt Said Proceeds [ECF#__51__], based on the record and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED:**

1. The Motion is GRANTED.

2. The Debtors may sell their homestead at 4400 Hillcrest Drive #720C, Hollywood FL 33021-7928 and more accurately described with the following legal description:

Parcel Identification Number: 5142 19 DE 1910

Legal Description: HILLCREST NO 21 CONDO UNIT 720-C

3. The Debtors may retain and exempt the proceeds from the sale of their homestead.

4. Such proceeds shall be held in a separate and distinct bank account to be used towards the purchase of a new homestead or shall be used directly to purchase a new homestead.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.