

**ORDERED in the Southern District of Florida on February 24, 2020.**

**Paul G. Hyman, Jr.,Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                            CASE NO.: 15-13674-BKC-PGH

**Nicholas G. Thomas-Osborne and
Tania Osborne,**

                                                                  CHAPTER 13

         **Debtors.**
_____/

## ORDER DIRECTING CLOSURE WITHOUT DISCHARGE

**THIS CASE** came before the Court *sua sponte* and without a hearing. To date, Local Form LF-97 has not been filed in this case. Thirty days from the date of this order this case will be CLOSED WITHOUT DISCHARGE unless Local Form LF-97 is filed.

SO ORDERED.

###

Copies Furnished To:
Debtors and Debtors' counsel